## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Kevin Jerome James (PrisID: 768012 )
David Wade Correctional Center
670 Bell Hill Rd
Homer, LA 71040

Case: 5:23-cv-00509 #7
7 pages printed: Wed, 31 May 2023 16:21:41

Exhibit "A"

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **KEVIN JEROME JAMES** | **CIVIL ACTION NO. 23-509-P** |
| **VERSUS** | **JUDGE HICKS** |
| **AARON MITCHELL, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## MEMORANDUM ORDER

Before the court is a civil rights complaint filed in forma pauperis by pro se plaintiff Kevin Jerome James ("Plaintiff"), pursuant to 42 U.S.C. § 1983. This complaint was received and filed in this court on April 18, 2023. Plaintiff is incarcerated at the David Wade Correctional Center, but claims his civil rights were violated by prison officials while incarcerated at the Sabine Parish Detention Center in Many, Louisiana. Plaintiff names the Sabine Parish Sheriff Aaron Mitchell, Berlin Sweet, KayLynn Remedies, and Melissa Vines as defendants.

On December 20, 2020, Plaintiff was arrested and detained by the Sabine Parish Sheriff's Office. He claims he has ongoing groin and hernia conditions that are very painful. He previously had hernia surgery but needed care for an additional case. He requested medical care and treatment through the kiosk. He was seen by nurse practitioner Melissa Vine, and she gave him muscle cream for the pulled muscle in his groin and flexural for is back pain. He complains that Vine refused and/or failed to give him anything

for his hernia. He further complains that he was not taken to the emergency room for treatment of his conditions.

Plaintiff claims that on July 26, 2021, he fell down the stairs and broke his ankle and injured the vertebrate in his neck. He also claims his groin was injured. He was taken to the Sabine Medical Center for his ankle injury. Surgery was performed on his ankle and two pins and one plate were implanted. He claims his other injuries were never addressed.

Plaintiff claims he asked for help numerous times for his hernia and groin conditions but did not receive any. He claims he was and is in severe pain and discomfort.

Accordingly, Plaintiff seeks injunctive and declaratory relief and monetary damages.

Rule 8 of the Federal Rules of Civil Procedure does not require explicit detail, but it does require Plaintiff to allege specific facts which support the conclusion that his constitutional rights were violated. This conclusion must be supported by specific factual allegations which state the name(s) of each person who allegedly violated Plaintiff's constitutional rights; which describe what actually occurred or what each Defendant did to violate Plaintiff's rights; the place where and date when the event occurred; and a description of the resultant injury.

In addition, Plaintiff shall state:

    (1)    Fully explain the medical condition about which you are complaining.

    (2)    What is your current diagnosis?

    (3)    Who made this diagnosis (name, title and by whom employed)?

(4) List all the occasions that you were denied medical. For each occasion state:

    (a) When.

    (b) Who denied you medical care.

    (c) Why were you denied medical care.

    (d) What medical care were you denied.

(5) What medical treatment have you received for the condition involved in this suit?

(6) On what dates did you receive medical treatment?

(7) What was the specific treatment you received on each date, including medication?

(8) Were you hospitalized for your condition? If so, for how long? Where? What was done while you were hospitalized?

(9) Have you requested medication for your condition?

(10) For each request for medication, state:

    (a) To whom did you make the request?

    (b) The date and time of the request.

    (c) Did you make the request verbally or in writing?

    (d) What happened in response to your request?

(11) What medical treatment have you been denied?

(12) Is there some specific medical treatment you are claiming you should have received that you did not receive? If so, explain what treatment and why you feel you should have received it.

(13) Have you requested any specific medication or treatment which the Defendants refused you? If so, explain.

(14) List all occasions that you were seen by medical personnel and state for each occasion:

    (a) The date.

    (b) The name and title of the person you saw.

    (c) Where you saw them (hospital, infirmary, clinic, etc.).

    (d) What you told them and what they told you.

    (e) Were you examined?

    (f) What treatment did you receive?

    (g) What medication or prescription for medication did you receive? Did you receive any over the counter type medication?

(15) What harm was caused to you by the events made the basis of your medical claim?

(16) Does your medical condition interfere with your normal activities? Explain.

(17) What is the personal involvement of each Defendant in the events and situation forming the basis of this lawsuit? Be specific as to personal involvement.

For this court to determine what action, if any, shall be taken on this suit;

**THE CLERK IS DIRECTED** to serve by mail, a copy of this memorandum order upon the Plaintiff who must then furnish to the Clerk of Court in Shreveport, Louisiana, within thirty (30) days after service of this order, an amended complaint and the answers in numbered paragraphs corresponding to each question.

Plaintiff is **FURTHER ORDERED** to respond within thirty (30) days of entry of this order by submitting to the Clerk an original of your answers. The Clerk will not issue summons until Plaintiff's answers are evaluated by the court.

Failure to file an amended complaint within thirty (30) days of the service of this order will result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Thus done and signed in chambers in Shreveport, Louisiana, this 31st day of May 2023.

Mark L. Hornsby
U.S. Magistrate Judge

## U.S. District Court

### Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 5/31/2023 at 4:15 PM CDT and filed on 5/31/2023

| | |
|---|---|
| Case Name: | James v. Sabine Parish et al |
| Case Number: | 5:23-cv-00509-SMH-MLH |
| Filer: | |
| Document Number: | 7 |

**Docket Text:**
MEMORANDUM ORDER: Directing plaintiff to amend complaint/petition. Pro Se Response due by 6/30/2023. Signed by Magistrate Judge Mark L Hornsby on 5/31/2023. (crt,Haik, K)