UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KEVIN JEROME JAMES #768012     CIVIL ACTION NO. 23-cv-509 SEC P

VERSUS     JUDGE EDWARDS

SHERIFF OF SABINE PARISH ET AL     MAGISTRATE JUDGE HORNSBY

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed by the Petitioner, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Melissa Vines' Motion for Summary Judgment (Doc. 58) is granted and that all remaining claims against Melissa Vines are dismissed with prejudice. All claims against all defendants have now been resolved, so this final judgment is entered in accordance with Fed. R. Civ. Pro. 58. All pending motions are denied as moot.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 11th day of December, 2025.

_Jerry Edwards, Jr._
UNITED STATES DISTRICT JUDGE